IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRISCILLA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17-CV-531-SMD |
| | ) |
| CIRCLE K STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order of the Court entered in this case on this day, it is

ORDERED, ADJUDGED, AND DECREED that this cause is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this 5th day of August 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE